UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUEL ROUNDTREE,<br><br>        Plaintiff,<br><br>    -against-<br><br>NYC; NY HEALTH & HOSPS; CORIZON MEDICAL; MEDICAL ADMINISTRATOR ROBERTS; DR. ARKADY CHERCHOVER; GRVC DENTIST (JOHN DOE #1); DR. SAN JOSE; JANE DOES # 1-5; JOHN DOES # 1-10,<br><br>        Defendants. | 19-CV-2475 (JMF)<br><br>ORDER OF SERVICE |

JESSE M. FURMAN, United States District Judge:

  Plaintiff, currently incarcerated in Marcy Correctional Facility, brings this *pro se* action alleging that, while he was detained in Greene Correctional Facility in Coxsackie, New York, Defendants violated his constitutional rights. Plaintiff paid the requisite fees to file this action.

**A.  Service on Dr. John Mullins**

  The Clerk of Court is directed to issue summonses as to Defendant Dr. John Mullins. Plaintiff is directed to serve the summons and complaint on Dr. Mullins within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Dr. Mullins or requested an extension of time to do so, the Court may dismiss the claims against Dr. Mullins under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**B.  Jane Does # 1−5 and John Does # 2−10**

  Plaintiff names unidentified Jane Does # 1−5 and John Does # 1−10 in his amended complaint but does not plead any facts in the body of the complaint about what any of these Defendants did or failed to do that violated his rights. A *pro se* litigant is entitled under *Valentin v. Dinkins*, to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d

Cir. 1997). But Plaintiff does not supply sufficient information that would allow identification of these Defendants. Thus, the Court declines at this time to issue a *Valentin* order as to these Defendants but will revisit the matter at a later date, if necessary.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

The Clerk of Court is instructed to issue summonses as to Defendant Dr. John Mullins. Plaintiff is directed to serve the summons and complaint on each of these Defendants within 90 days of the issuance of the summonses.

The Clerk of Court is directed to docket this as a "written opinion" within the meaning of Section 205(a)(5) of the E-Government Act of 2002.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: December 5, 2019
       New York, New York

JESSE M. FURMAN
United States District Judge

**DEFENDANT AND SERVICE ADDRESSES**

1. Dr. John Mullins
   CHS Queens
   49-04 19th Avenue
   Astoria, New York
   11105