UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
                    Plaintiff, :
: 19-CV-2475 (JMF)
     -v- :
: ORDER
NYC, et al., :
:
                    Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff shall respond to Defendants' letter of January 22, 2020 **no later than February 14, 2020**. If Plaintiff believes that he has complied with the requirements of New York Civil Practice Law and Rules (N.Y.C.P.L.R.) § 312-a, he should so state, and he should identify the materials included in the packages mailed to Defendants.

      SO ORDERED.

Dated: January 24, 2020
      New York, New York
                                          JESSE M. FURMAN
                                       United States District Judge