UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
Plaintiff, :
: 19-CV-2475 (JMF)
-v- :
: ORDER
NYC, et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Plaintiff's representation that he did not receive a portion of Defendants' memorandum of law in support of their motion to dismiss (and Defendants' response indicating that they have sent a new copy), the deadline for Plaintiff to file an amended complaint or opposition to Defendants' motion is hereby EXTENDED to **April 30, 2020**. If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss. If Defendants file a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Plaintiff files an opposition to the motion to dismiss, Defendants' reply, if any, shall be served by **May 14, 2020**.

      Finally, the Clerk of Court is directed to mail this Order to Plaintiff.

      SO ORDERED.

Dated: March 16, 2020
       New York, New York
                                                 JESSE M. FURMAN
                                              United States District Judge