UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
JUEL ROUNDTREE,               :
               :
            Plaintiff,     :
               :     19-CV-2475 (JMF)
      -v-            :
               :     ORDER
NYC, et al.,               :
               :
            Defendants.   :
               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received a letter from Plaintiff, dated August 25, 2020, titled "Ans. to Opposition to Summary Judgment." *See* ECF No. 79. In that letter, Plaintiff asks for leave to respond to "counsel's letter[] and motion," and states that he "believe[s he] can have something on the way by 9/15/20." Given that Plaintiff already filed an opposition to Defendants' motion, *see* ECF No. 73, the Court will treat Plaintiff's letter as motion for leave to file a sur-reply. So treated, the motion is DENIED. The motion is fully submitted and will be decided in due course.

      The Clerk of Court is directed to mail this Order to Plaintiff.

      SO ORDERED.

Dated: September 2, 2020
       New York, New York

                                                JESSE M. FURMAN
                                         United States District Judge