UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
Plaintiff, :
: 19-CV-2475 (JMF)
-v- :
: ORDER OF SERVICE
NYC, et al., :
:
Defendants. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In response to the Court's previous Memorandum Opinion and Order, ECF No. 83, counsel filed a letter informing the Court that Defendants Corizon Health, Inc., Dr. Arkady Cherchever, and Dr. John Mullins consent to waive service. ECF No. 86. Additionally, Defendant New York City Health & Hospitals Corporation and Defendant Dr. Jane Sanjose have consented to receive service electronically and provided email addresses at which they can be served. *Id.*

      In accordance with the Court's Memorandum Opinion and Order, ECF No. 83, the Court directs the Clerk of Court to fill out a U.S. Marshal Service Process Receipt and Return form ("USM-285 Form") for Defendants New York City Health & Hospitals Corporation and Dr. Jane Sanjose, and to issue a summons and deliver to the Marshal Service all of the paperwork necessary for the Marshal Service to effect service upon:

- New York City Health & Hospitals Corporation by emailing HHCService@nychhc.org

- Dr. Jane Sanjose by emailing voigtd@pagny.org

Each Defendant shall promptly acknowledge service in the manner the Marshal Service directs in its forthcoming emails. Upon service by the Marshal Service, the thirty-day period described in ECF No. 83, ¶ 3, will begin to run. That is to say, **thirty days after the Marshal Service serves the two Defendants electronically**, Defendants must file a letter motion stating whether they wish to renew their previous Rule 12(b)(6) motion at ECF No. 56.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: December 29, 2020　　　　　　　　　_____
      New York, New York　　　　　　　　　　　　JESSE M. FURMAN
                                                     United States District Judge