UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUEL C. ROUNDTREE,

                     Plaintiff,             19-CV-2475 (JMF)

      -v-                                   ORDER DIRECTING
                                          PAYMENT OF COSTS OF
NYC, et al.,                                SERVICE

                    Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 24, 2020, the Court issued a Memorandum Opinion and Order in which it directed several Defendants to notify the Court whether they agreed to waive service of the summons. ECF No. 83, at 5. The Court stated that "[i]n the event that any Defendant declines to waive service, the Court shall direct the U.S. Marshal Service to effect service on Roundtree's behalf and will order Defendants, under Rule 4(d), to pay the costs of such service." *Id*. Additionally, the Court gave any Defendant who did not waive service the option to accept electronic service instead of personal service. *Id.* at 5 n.5. Two Defendants — the New York City Health & Hospitals Corporation ("H+H") and Dr. Jane Sanjose — did not waive service and instead provided email addresses at which they agreed to receive electronic service. ECF No. 86. On December 29, 2021, the Court issued an order of service instructing the U.S. Marshal Service ("USMS") to serve these two Defendants electronically and instructing Defendants to "promptly acknowledge service in the manner the Marshal Service directs." ECF No. 89.

      On January 21, 2021, the USMS filed an executed return of service and process receipt as to Defendant H+H. ECF No. 95. As for Dr. Sanjose, on February 17, 2021, the USMS filed an unexecuted return of service and process receipt because she did not acknowledge receipt of the

electronic service in accordance with the Court's prior Order. ECF No. 98; see ECF No. 89. The cost for each electronic service was $8.00.

Accordingly, both H+H and Dr. Sanjose are hereby ORDERED to each pay the USMS $8.00, which is the cost of electronic service. The Clerk of Court is directed to enter judgment against H+H and Dr. Sanjose in the amount of $8.00 each. Each is ordered to pay this amount to the United States Marshals Service, Attn: Civil Section, 500 Pearl Street, Suite 400, New York, NY 10007, by **March 5, 2021,** and inform the Court by letter of such payment by **the same date**. The USMS will accept payment in the form of a money order or business check.

The Clerk of Court is directed to mail a copy of this Order to Roundtree.

SO ORDERED.

Dated: February 19, 2021
        New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge