**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUEL C. ROUNDTREE,

                Plaintiff,

   -against-                            19 **CIVIL** 2475 (JMF)

## JUDGMENT

NYC, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 19, 2021, both H+H and Dr. Sanjose are hereby ORDERED to each pay the USMS $8.00, which is the cost of electronic service. Each is ordered to pay this amount to the United States Marshals Service, Attn: Civil Section, 500 Pearl Street, Suite 400, New York, NY 10007, by March 5, 2021, and inform the Court by letter of such payment by the same date. The USMS will accept payment in the form of a money order or business check.

**Dated:** New York, New York

      February 19, 2021

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                           **BY:**     *K. Mango*

                                                       **Deputy Clerk**