UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JUEL C. ROUNDTREE,                                                   :
:
                Plaintiff,                                  :
:   19-CV-2475 (JMF) (KNF)
      -v-                                                       :
:   ORDER
NYC, et al.,                                                         :
:
                Defendants.                                 :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 12, 2021, the Court received a letter from Plaintiff requesting a "pause" in this case "until at least 6/15/21" and "possibly 6/30/21." ECF No. 102. Defendants oppose this request. ECF No. 103. The Court agrees with Defendants that there is no need to stay this case given, among other things, the pending motion to dismiss. *See* ECF No. 56. Accordingly, Plaintiff's request is DENIED, with prejudice to renewal (if appropriate) once the Court resolves the pending motion to dismiss.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff, who is proceeding without counsel.

      SO ORDERED.

Dated: April 13, 2021
      New York, New York
                                              JESSE M. FURMAN
                                            United States District Judge