UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
Plaintiff, :
: 19-CV-2475 (JMF)
-v- :
: ORDER
NYC, et al., :
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The operative Complaint in this case was filed on November 27, 2019. *See* ECF No. 27. As of April 28, 2021, there was no proof of service with respect to one of the named Defendants ("Medical Administrator Roberts") and Defendants named as Jane and John Doe. In an Opinion and Order entered on that date, the Court ordered Plaintiff, who is proceeding without counsel, to show cause in writing by May 18, 2021, why his claims against Roberts and the various Jane and John Doe Defendants should not be dismissed for failure to serve within the timeframe set by Rule 4(m) of the Federal Rules of Civil Procedure. *See* ECF No. 106, at 16. To date, Plaintiff has not responded to the Court's order to show cause. Accordingly, pursuant to Rule 4(m), the Complaint is DISMISSED without prejudice as to Medical Administrator Roberts and all Jane and John Doe Defendants. The Clerk of Court is directed to terminate them as parties and to mail a copy of this Order to Roundtree.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated: July 1, 2021
      New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge