UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUEL ROUNDTREE,

                        Plaintiff,

            -v-                                                19-CV-2475 (JMF)

SAN JOSE et al.,                                ORDER

                        Defendants.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- The deadline for the parties to complete fact discovery is hereby extended to **March 3, 2022**.

- No later than **December 17, 2021**, Mr. Roundtree shall cure the discovery failures detailed in Defendants' November 16, 2021 letter to the Court. *See* ECF No. 124.

- Going forward, Defendants' counsel shall serve copies of all filings in the case on Mr. Roundtree by email to the email address provided by him — namely, juelroundtree2021@gmail.com — and shall promptly file proof of such service.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at both of the addresses provided by Plaintiff in his letter dated November 29, 2021, *see* ECF No. 128 — that is, both the 127 West 25th Street address and his P.O. box address.

    SO ORDERED.

Dated: December 3, 2021
       New York, New York

                                                  JESSE M. FURMAN
                                            United States District Judge