UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JUEL ROUNDTREE,                                                      :
:
            Plaintiff,                                               :
:                           19-CV-2475 (JMF)
       -v-                                                           :
:                           ORDER
SAN JOSE et al.,                                                     :
:
            Defendants.                                              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's July 15, 2021 Order, each party was required to file a letter with the Court indicating whether the party intends to file a motion for summary judgment in the case no later than seven days after the close of discovery. *See* ECF No. 122. Discovery closed on March 3, 2022. *See* ECF No. 129. To date, the parties have not filed the required letters. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **March 23, 2022.**

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                          JESSE M. FURMAN
                                        United States District Judge