UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
Plaintiff, :
: 19-CV-2475 (JMF)
-v- :
: ORDER OF DISMISSAL
SAN JOSE et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 14, 2022, the Court was informed of the death of Plaintiff. *See* ECF No. 153. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, a motion for substitution must be filed within 90 days of service of the statement noting death, or the case is to be dismissed. *See* ECF No. 154. The statement noting death was served on Plaintiff's representative on July 15, 2022, *see* ECF Nos. 155; 156, and no motion was filed by the requisite deadline.

Accordingly, the Complaint is DISMISSED. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case and mail a copy of this Order to the address listed for Plaintiff on the docket.

SO ORDERED.

Dated: October 19, 2022
       New York, New York
                                          _____
                                                  JESSE M. FURMAN
                                              United States District Judge